dealer and that defendants took no part in the unloading or piling thereof.

*Everett W. Bovard, Clarence E. Mellen* and *Norman G. Hewitt* for appellant.

*Harold R. Medina, William F. McNulty* and *Arthur J. Levine* for respondents.

Judgment of Appellate Division and that of Trial Term reversed and new trial granted, with costs to abide event, on the ground that the trial judge erroneously charged the jury that as a matter of law the pile of lumber was in the custody and control of the defendants, and that they were alone responsible for any negligence involved in the falling of the pile.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND, J.

---

CHARLES L. DOUGLAS, Appellant, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

*Courts — jurisdiction — State courts may decline jurisdiction of action for tort committed in foreign State where both parties are non-residents even though brought under Federal statute — motion to vacate service of summons and complaint properly granted.*

*Douglas* v. *N. Y., N. H. & H. R. R. Co.*, 223 App. Div. 782, affirmed.

(Argued May 4, 1928; decided May 29, 1928.)

APPEAL on constitutional grounds from a judgment entered April 5, 1928, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which unanimously affirmed an order of Special Term granting a motion by defendant for an order vacating the service of the summons and complaint and for a dismissal of the complaint. The plaintiff, a citizen of the State of Connecticut, was injured while working in that State for defendant, which is a Connecticut corporation, and brought this action under the Federal Employers' Liability Act to recover damages.

*Charles D. Lewis, Thomas J. O' Neill, John Ambrose Goodwin* and *Leonard F. Fish* for appellant.

*E. R. Brumley, F. J. Rock* and *John M. Gibbons* for respondent.

Judgment affirmed, with costs, on the authority of *Murnan* v. *Wabash Ry. Co.* (246 N. Y. 244).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CRANDALL HORSE COMPANY, Appellant, *v.* CHICAGO AND EASTERN ILLINOIS RAILWAY COMPANY, Respondent.

*Appeal — order of Appellate Division reversing order denying motion to vacate summons and granting motion — appeal to Court of Appeals dismissed.*

*Crandall Horse Co.* v. *Chicago & E. I. Ry. Co.*, 220 App. Div. 800, appeal dismissed.

(Argued May 8, 1928; decided May 29, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1927, which reversed an order of Special Term denying a motion to vacate service of the summons and granted said motion.

*Dean Hyland* and *L. P. Hancock* for appellant.
*Hugh McM. Russ* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LEFKOWITZ, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

*People* v. *Lefkowitz*, Kings Co. Tr. Term, Dec. 2, 1927, affirmed.
(Argued May 7, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Supreme Court, rendered December 2, 1927, at a Trial Term for the